DAVID L. SKELTON, TRUSTEE  #96250  
REBECCA E. PENNINGTON  #174488  
RICHARD L. STEVENSON  #239705  
OFFICE OF THE CHAPTER 13 TRUSTEE  
525 B STREET, SUITE 1430  
SAN DIEGO, CA 92101  
(619) 338-4006 FAX (619) 239-5242

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | Chapter 13 Case |
|---|---|
| | Case No. 13-06908-MM13 |
| JOSE ALFREDO PERALES | |
| | NOTICE OF INTENT TO RECONSIDER AND |
| 1648 CURRY COMB DRIVE | REALLOW PROOF OF CLAIM AND |
| SAN MARCOS, CA 92069 | CERTIFICATE OF SERVICE |

TO THE CREDITOR NAMED HEREIN:

YOU ARE HEREBY NOTIFIED of the intent to reallow the claim of the creditor named below to the amount set forth pursuant to 11 U.S.C. 502(j) and Rule 3008, Rules of Bankruptcy Procedure, upon the grounds that the creditor, his agents or representatives, or the debtor, has notified the Trustee that there is no balance owing on said claim.

YOU ARE FURTHER NOTIFIED that if you object to the reallowing of the proof of claim as shown herein, you are required to obtain a hearing date and time from the Bankruptcy Court Chapter 13 Deputy, Telephone No. (619) 557-7407, and WITHIN 31 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE serve a copy of a REQUEST AND NOTICE OF HEARING (FORM CSD 1184) upon the Chapter 13 Trustee, and file the original and one copy with proof of service with the Clerk, Bankruptcy Court, 325 West F Street, San Diego, California 92101-6991. If such hearing is not timely requested, the claim shall be allowed in the amount shown herein, subject to provisions of 11 U.S.C. 502(j).

| Name & Address of Creditor: | Court Claim No: 006    Ref No: 6 |
|---|---|
| US BANK TRUST NA | Amount Allowed: $16,654.13 |
| C/O SN SERVICING CORP | Principal Paid: $16,654.13 |
| 323 5TH STREET | Interest Paid: $0.00 |
| EUREKA, CA 95501 | Balance Due: $0.00 |
| Comment: PAID IN FULL | Account No: 4751 |

/s/ David L. Skelton  
David L. Skelton, Trustee

CERTIFICATION & DATE OF SERVICE: June 8, 2018

I, the undersigned, certify under penalty of perjury that on this date I served a true copy of this document by U.S. Mail, postage prepaid, upon debtor(s), their attorney, and the creditor named herein at their respective addresses as shown.

cc: Attorney for Debtor:  
JOHN C COLWELL #118532                    /s/ Ty Ferguson  
121 BROADWAY STE 533                       Clerk of the Office of David L. Skelton Trustee  
SAN DIEGO, CA 92101                           525 B Street, Suite 1430  
                                                              San Diego, CA 92101