Kristin Zilberstein, Esq., (SBN 20041)
Jennifer R. Bergh, Esq., (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732

Attorneys for Creditor U.S. Bank Trust National
Association, as Trustee of the SCIG Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | |
|---|---|
| In Re:<br><br>Jose A. Perales<br>    Debtor. | CASE NO.: 13-06908-MM13<br><br>CHAPTER 13<br><br>REF.: MRG-1<br><br>**CREDITOR'S REPLY TO NOTICE OF INTENT TO RECONSIDER AND REALLOW PROOF OF CLAIM**<br><br>Honorable Margaret M. Mann |

      The Reply of U.S. Bank Trust NationalAssociation, as Trustee of the SCIG Series III Trust, ("**Movant**") respectfully shows as follows:

      1. On November 12, 2013, Claim Number Six (6) was filed by Creditor's predecessor in interest asserting arrears in the amount of $21,313.26. Claim Number Six (6) was amended to include arrears in the amount of $20,680.36 on July 30, 2014.

      2. On June 8, 2018 Trustee filed a Notice of Intent to Reconsider and Reallow Proof of Claim, reducing Creditor's Claim to $16,654.13.

      3. Secured Creditor does not agree that Creditor's Claim should be reduced to

$16,654.13.

4. The balance remaining to cure Creditor's Pre-Petition arrears includes $1,736.93. Please see Creditor's Response to Notice of Final Cure signed by Michael J. Egan of SN Servicing Corporation, filed on July 9, 2018. See attached as **Exhibit "A"**.

5. The balance includes:

| Pre-Petition Arrears Default | |
|---|---|
| Arrearage Principle | $588.97 |
| Arrearage Interest | $694.81 |
| Arrearage Escrow | $453.15 |
| **Total Pre-Petition Default** | **$1,736.93** |

6. As such, Creditor does not agree that the pre-petition arrears are paid in full as stated on the Notice of Intent to Reconsider and Reallow Proof of Claim filed on June 8, 2018.

Dated: July 9, 2018

/s/ Kristin Zilberstein, Esq.,
Kristin Zilberstein, Esq.,
Attorney for Movant U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

# EXHIBIT "A"

Fill in this information to identify the case:

Debtor 1: Jose A. Perales

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of CA
(State)

Case number: 13-06908-MM13

# Form 4100R
# Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, et al.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 4 5 3 6

**Property address:** 9997 Rutland Street
Number    Street

Detroit        MI        48227
City          State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ 1,736.93

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b) $ _____

c. Total. Add lines a and b.                                                        (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       ___/___/_____
MM / DD / YYYY

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

Debtor 1  Jose A. Perales
First Name  Middle Name  Last Name

Case number (if known) 13-06908-MM13

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x  *Michael J. Egan* (Signature)    Date  07 /09 /2018

Print  Michael  J.  Egan    Title  Bankruptcy Asset Manager
       First Name  Middle Name  Last Name

Company  SN Servicing Corporation

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  323  5th Street
         Number  Street

         Eureka         CA     95501
         City           State  ZIP Code

Contact phone  ( 800 ) 603 – 0836       Email  bknotices@snsc.com



# SERVICING CORPORATION
**323 FIFTH STREET (95501)**
**P.O. BOX 35**
**EUREKA, CA 95502**
**(800) 603-0836**

June 26, 2018

JOSE PERALES
1648 CURRY COMB DR
SAN MARCOS, CA 92069
Your Reference:

Re:

    JOSE PERALES
    1648 CURRY COMB DRIVE
    SAN MARCOS, CA 92069

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---|
| Projected Payoff Date | 07/10/2018 |
| Principal Balance | $213,802.35 |
| Interest to 07/10/2018 | $ 941.68 |
| Other (See Attached Detail) | $1,736.93 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | $0.00 |
| Total Payoff | $216,480.96 |
| Per diem | $ 24.32 |

The next payment due is 07/01/2018. The current interest rate is 4.05666 % and the P&I payment is $1,283.78.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received after 12:00 noon will be processed on the next business day and interest will be charged through that date.
- All pay off figures are subject to clearance of funds in transit. The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to:**      SCIG Series III Trust

| **Mailing Address:** | **Express/Overnight Mail Address:** |
|---|---|
| SN Servicing Corporation | Bank of Texas |
| SCIG Series III Trust | c/o Remittance Services, Dept 41548 |
| PO BOX 660820 | 2250 W State Hwy 114 |
| DALLAS, TX 75266-0820 | Grapevine, TX 76051 |

**Wiring Instructions:**

SCIG Series III Trust, Bank of Texas, ACCT #8095283520, ABA #111014325



## PAYOFF DETAIL

| DESCRIPTION OF OTHER | | AMOUNT |
|---|---|---|
| LATE CHARGES | | $0.00 |
| ATTORNEYS FEES | | $0.00 |
| FORECLOSURE EXPENSES | | $0.00 |
| LEGAL EXPENSES | | $0.00 |
| LEGAL BILLING | | $0.00 |
| FORCE PLACE INSURANCE | | $0.00 |
| FORCE PLACE FLOOD | | $0.00 |
| INTERIM CORPORATE ADVANCE | | $0.00 |
| INTERIM ESCROW ADV | | $0.00 |
| ARREARAGE PRINCIPAL | | $588.97 |
| ARREARAGE INTEREST | | $694.81 |
| ARREARAGE ESCROW | | $453.15 |
| PRIOR SERVICER NSF FEES | | $0.00 |
| PRIOR SERVICER LATE FEES | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| 3RD PARTY PRIOR SERVICER CORPORATE ADV | | $0.00 |
| FORBEARANCE PRINCIPAL | | $0.00 |
| FORBEARANCE INTEREST | | $0.00 |
| FORBEARANCE LATE | | $0.00 |
| FORBEARANCE OTHER | | $0.00 |
| FORBEARANCE FORCE PLACE INSURANCE | | $0.00 |
| FORBEARANCE ESCROW | | $0.00 |
| FORBEARANCE LEGAL FEE | | $0.00 |
| APPRAISAL/BPO | | $0.00 |
| NSF FEES | | $0.00 |
| PROPERTY TAXES CURRENT | | $0.00 |
| PROPERTY TAXES DELINQUENT | | $0.00 |
| ELECTRONIC PAYMENT FEE | | $0.00 |
| MISC FEES | | $0.00 |
| PROPERTY INSPECTIONS | | $0.00 |
| VERIFICATION OF MORTGAGE | | $0.00 |
| PRIOR FAX | | $0.00 |
| PRIOR RUSH | | $0.00 |
| PRIOR PAYOFF PROCESSING FEES | | $0.00 |
| DEFERRED PRINCIPAL | | $0.00 |
| | | $1,736.93 TOTAL |

**FUNDS OWED FROM BORROWER**

| | DESCRIPTION | AMOUNT |
|---|---|---|
| PREPAYMENT PENALTY | | $0.00 |
| ASSISTANCE ADVANCE | | $0.00 |
| ASSISTANCE ADVANCE | | $0.00 |
| ESCROW ADVANCE | Short Payment | $0.00 |
| ESCROW ADVANCE | Taxes / PMI / Insurance | $0.00 |
| | | $0.00 TOTAL |

**FUNDS OWED TO BORROWER**

| | DESCRIPTION | AMOUNT |
|---|---|---|
| UNAPPLIED | | $0.00 |
| ESCROW | **Balance to be refunded to Borrower at Payoff** | $311.23 |
| INTEREST ON ESCROW | | $0.00 |
| INTERST ON LOSS DRAFT | | $0.00 |
| LOSS DRAFT | | $0.00 |
| | | $311.23 TOTAL |

323 Fifth Street, P O Box 35, Eureka, CA 95501



# REINSTATEMENT LETTER

| **To:** | Mike Egon | **From:** | Payoff Department |
|---|---|---|---|
| | | **Pages:** | |
| **Fax:** | | **Date:** | 06/26/18 |
| **Re:** | ▓▓▓ - Perales | **CC:** | |

**Good to 07/10/18**

| | |
|---|---|
| ARREARAGE PRINCIPAL | 588.97 |
| ARREARAGE INTEREST | 694.81 |
| ARREARAGE ESCROW | 453.15 |
| REINSTATEMENT TOTAL | **$1,736.93** |

The following figures are subject to final verification by the note holder. The mortgagee reserves the right to withhold the issuance of the satisfaction of mortgage until all funds due are received by our office.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received after 12:00 noon will be processed on the next business day and interest will be charged through that date.
- All pay off figures are subject to clearance of funds in transit. The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to: SCIG Series III Trust**

| **Mailing Address:** | **Express Mail Address:** |
|---|---|
| SN Servicing Corporation | Bank of Texas |
| SCIG Series III Trust | c/o Remittance Services, Dept 41548 |
| PO BOX 660820 | 2250 W State Hwy 114 |
| DALLAS, TX 75266-0820 | Grapevine, TX 76051 |

**Wiring Instructions: SCIG Series III Trust, Bank of Texas ACCT #8095283520  ABA #111014325**

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein (SBN 200041) |
|   | Jennifer R. Bergh, Esq. (SBN 305219) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
|   | 1920 Old Tustin Ave. |
| 4 | Santa Ana, CA 92705 |
| 5 | Ph: (949) 427-2010 |
|   | Fax: (949) 427-2732 |
| 6 | mghidotti@ghidottilaw.com |
| 7 | Authorized Agent for Creditor |
| 8 | U.S. Bank Trust National Association, et al. |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 13-06908-MM13 |
| | ) | |
| Jose A. Perales, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | On July 9, 2018 I served the following documents described as: |
| 2 | • **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** |
| 3 | |
| 4 | on the interested parties in this action by placing a true and correct copy thereof in a sealed |
| 5 | envelope addressed as follows: |
| 6 | (Via United States Mail) |

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Jose A. Perales | David L. Skelton |
| 1648 Curry Comb Drive | 525 B St., Suite 1430 |
| San Marcos, CA 92069 | San Diego, CA 92101-4507 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| John C. Colwell | United States Trustee |
| Law Offices of John C. Colwell, a PLC | Office of the U.S. Trustee |
| 121 Broadway | 880 Front Street |
| Ste. 533 | Suite 3230 |
| San Diego, CA 92101 | San Diego, CA 92101 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on July 9, 2018 at Santa Ana, California

/*s / Lora Amundson*/
Lora Amundson

2
CERTIFICATE OF SERVICE