# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | JOSE A. PERALES |
| **Case Number:** | 13-06908-MM13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 14, 2018 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matter:*

OPPOSITION BY U.S. BANK TO TRUSTEE'S NOTICE OF INTENT TO RECONSIDER AND REALLOW PROOF OF CLAIM #6

### *Appearances:*

RICHARD STEVENSON, ATTORNEY FOR TRUSTEE
RUSSEL LITTLE, ATTORNEY FOR U.S. BANK

### *Disposition:*

Order resolving the amount of the allowed claim and the remaining balance to be submitted by U.S. Bank. Trustee to meet and confer with lender. Order to be signed off by the trustee and debtor's attorney or lodged.