CSD 1500 (07/01/18)
Name, Address, Telephone No. & I.D. No.

Kristin Zilberstein, Esq. (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: Kzilberstein@ghidottilaw.com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Jose A Perales

Debtor.

BANKRUPTCY NO. 13-06908-MM13

☐ Plaintiff(s) (Adv)   ADVERSARY NO.
☑ Movant(s) (RS)       RS NO. MRG-1

v.
US Bank Trust National Association as Trustee of the SCIG Series III Trust

☐ Defendant(s) (Adv)
☑ Respondents(s)(RS)

Date of Hearing: 8/14/2018
Time of Hearing: 10:00AM
Name of Judge: Honorable Margaret M Mann

## NOTICE OF LODGMENT

**TO: All Parties in Interest**

**PLEASE TAKE NOTICE that:**

**On** October 29, 2018 , the undersigned party lodged with the court a proposed

Order Re: Notice of Intent to Resonsider and Reallow Proof of Claim No. 6 ,

a copy of which is attached as Exhibit A and incorporated by reference.

Under Rule 7054-3(b) of the Local Bankruptcy Rules of this court, any objections to the form or content of this proposed

Order Re: Notice of Intent to Resonsider and Reallow Proof of Claim No. 6

must be filed and served on the undersigned party within 7 days from the date of service of this Notice of Lodgment.

DATED: 10/30/2018

/s/ Kristin Zilberstein
☐ Party   ☑ Attorney for Movant

CSD 1500

**CSD 1500** [07/01/18] (Page 2)

# CERTIFICATE OF SERVICE

I, Krystle Miller                    am a resident of the State of California, over the age of 18 years, and not a party to this action.

On October 30, 2018          , I served the Notice of Lodgment:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 10/30/2018          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
Debtors Counsel:John C. Colwell drlc@debtclinic.com,
G15002@notify.cincompass.com,dwiedecker@gmail.com,ecf@debtclinic.com
Debtors Counsel:Daniel Wiedecker dandrlc@debtclinic.com, drlc@debtclinic.com

☐ Chapter 7 Trustee:

☑ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☑ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On October 30, 2018         ,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:
Debtor: Jose A. Perales 1648 Curry Comb Drive San Marcos, CA 92069 (US Mail)

**CSD 1500**

**CSD 1500** [07/01/18] (Page 3)

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   10/30/2018                         /s/ Krystle Miller
              (Date)                             (Typed Name and Signature)

                                                 1920 Old Tustin Ave.
                                                 (Address)

                                                 Santa Ana CA 92705
                                                 (City, State, ZIP Code)

**CSD 1500**

# EXHIBIT "A"

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Kristin A. Zilberstein, Esq., (SBN 200041)
Jennifer R. Bergh, Esq., (SBN 305219)
Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele (949) 427-2010
Fax (949) 427-2732
kzilberstein@ghidottilaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  Jose A. Perales

Debtor.

BANKRUPTCY NO. 13-06908-MM13

Date of Hearing: 8/14/2018
Time of Hearing: 10:00 AM
Name of Judge: Margaret M. Mann

# ORDER ON
## Notice of Intent to Resonsider and Reallow Proof of Claim No. 6

The court orders as set forth on the continuation pages attached and numbered 1 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 66.

//
//
//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

ORDER ON Notice of Intent to Resonsider and Reallow Proof of Claim No. 6
DEBTOR: Jose A. Perales                                                  CASE NO: 13-06908-MM13

---

On August 14, 2018, the Notice of Intent to Reconsider and Reallow Proof of Claim No. 6 was heard. The Court adopted the tentative which ordered U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust and the Trustee to meet and confer re: the remaining amount of Claim No. 6.

Following the meet and confer, it is so ORDERED:

1) Claim No. 6 filed by U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust has $924.30 remaining unpaid as of 10/5/2018.

2) Claim No. 6 shall remain unchanged:
    a. The Total Claim is $273,961.45.
    b. The Amount of arrearage is $20,680.36.
    c. As of 10/5/2018, $924.30 remained to be paid.