**CSD 1500** (07/01/18)

Name, Address, Telephone No. & I.D. No.
Kristin Zilberstein, Esq. (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
1920 Old Tustin Ave.
Santa Ana, CA  92705
Tel: (949) 427-2010
Fax:  (949) 427-2732
Kzilberstein@ghidottilaw.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Jose A Perales

Debtor.

BANKRUPTCY NO.  13-06908-MM13

☐ Plaintiff(s) (Adv)

☑ Movant(s) (RS)

ADVERSARY NO.

RS NO.  MRG-1

US Bank Trust National Association as Trustee of the SCIG Series III Trus

☐ Defendant(s) (Adv)

☑ Respondents(s)(RS)

Date of Hearing: 8/14/2018
Time of Hearing: 10:00AM
Name of Judge:  Honorable Margaret M Mann

# NOTICE OF LODGMENT

**TO: All Parties in Interest**

**PLEASE TAKE NOTICE that:**

On December 14, 2018 , the undersigned party lodged with the court a proposed

Order Re: Notice of Intent to Resonsider and Reallow Proof of Claim No. 6 ,

a copy of which is attached as Exhibit A and incorporated by reference.

Under Rule 7054-3(b) of the Local Bankruptcy Rules of this court, any objections to the form or content of this proposed

Order Re: Notice of Intent to Resonsider and Reallow Proof of Claim No. 6

must be filed and served on the undersigned party within 7 days from the date of service of this Notice of Lodgment.

DATED:  12/14/2018

/s/ Kristin Zilberstein

☐ Party    ☑ Attorney for Movant

**CSD 1500**

CSD 1500 [07/01/18] (Page 2)

# CERTIFICATE OF SERVICE

I, Krystle Miller _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On December 14,2018 _____ , I served the Notice of Lodgment:

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  12/14/2018 _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
Debtors Counsel:John C. Colwell drlc@debtclinic.com,
G15002@notify.cincompass.com,dwiedecker@gmail.com,ecf@debtclinic.com
Debtors Counsel:Daniel Wiedecker dandrlc@debtclinic.com, drlc@debtclinic.com

☐        Chapter 7 Trustee:

☑        For Chpt. 7, 11, & 12 cases:        ☐   For ODD numbered Chapter 13 cases:      ☑   For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE              THOMAS H. BILLINGSLEA, JR., TRUSTEE        DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov            Billingslea@thb.coxatwork.com             admin@ch13.sdcoxmail.com
                                                                             dskelton13@ecf.epiqsystems.com

2.      **Served by United States Mail**:

On  12/14/2018 _____ ,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Debtor: Jose A. Perales 1648 Curry Comb Drive San Marcos, CA 92069 (US Mail)

**CSD 1500**

**CSD 1500** [07/01/18] (Page 3)

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on     12/14/2018 _____
                     (Date)

/s/ Krystle Miller _____
  (Typed Name and Signature)

1920 Old Tustin Ave. _____
  (Address)

Santa Ana CA 92705 _____
  (City, State, ZIP Code)

**CSD 1500**

# EXHIBIT "A"

**CSD 1001C** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Kristin A. Zilberstein, Esq., (SBN 200041)
Jennifer R. Bergh, Esq., (SBN 305219)
Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele (949) 427-2010
Fax (949) 427-2732
kzilberstein@ghidottilaw.com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Jose A. Perales

Debtor.

**LODGED**

BANKRUPTCY NO. 13-06908-MM13

Date of Hearing: 8/14/2018
Time of Hearing: 10:00AM
Name of Judge:  Margaret M. Mann

# ORDER ON

**Notice of Intent to Resonsider and Reallow Proof of Claim No. 6**

The court orders as set forth on the continuation pages attached and numbered ___1___ through ___2___ with

exhibits, if any, for a total of ___2___ pages.  Notice of Lodgment Docket Entry No. ___66___ .

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

**CSD 1001C**

**CSD 1001C** [07/01/18]**(Page 2)**

ORDER ON: Notice of Intent to Resonsider and Reallow Proof of Claim No. 6

DEBTOR: Jose A. Perales

CASE NO: 13-06908-MM13

On August 14, 2018, the Notice of Intent to Reconsider and Reallow Proof of Claim No. 6 was heard. The Court adopted the tentative which ordered U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust and the Trustee to meet and confer re: the remaining amount of Claim No. 6.

Following the meet and confer, it is so ORDERED:

1) Claim No. 6 filed by U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust has $924.30 remaining unpaid as of 10/5/2018.

2) Claim No. 6 shall remain unchanged:
    a. The Total Claim is $273,961.45.
    b. The Amount of arrearage is $20,680.36.
    c. As of 10/5/2018, $924.30 remained to be paid.

**CSD 1001C**