CSD 1001C [07/01/18]
Name, Address, Telephone No. & I.D. No.

Kristin A. Zilberstein, Esq., (SBN 200041)
Jennifer R. Bergh, Esq., (SBN 305219)
Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tele (949) 427-2010
Fax (949) 427-2732
kzilberstein@ghidottilaw.com

Order Entered on
January 8, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Jose A. Perales

Debtor.

**LODGED**

BANKRUPTCY NO. 13-06908-MM13

Date of Hearing: 8/14/2018
Time of Hearing: 10:00AM
Name of Judge: Margaret M. Mann

# ORDER ON
Notice of Intent to Resonsider and Reallow Proof of Claim No. 6

The court orders as set forth on the continuation pages attached and numbered __1__ through __2__ with exhibits, if any, for a total of __2__ pages. Notice of Lodgment Docket Entry No. __66__.

//
//
//
//
//
//
//

DATED:    January 8, 2019

_____
Judge, United States Bankruptcy Court

CSD 1001C

CSD 1001C [07/01/18] (Page 2)

ORDER ON: Notice of Intent to Resonsider and Reallow Proof of Claim No. 6

DEBTOR: Jose A. Perales    CASE NO: 13-06908-MM13

On August 14, 2018, the Notice of Intent to Reconsider and Reallow Proof of Claim No. 6 was heard. The Court ordered U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust and the Trustee to meet and confer re: the remaining amount of Claim No. 6.

Following the meet and confer, it is so ORDERED:

1) Claim No. 6 filed by U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust has $924.30 remaining unpaid as of 10/5/2018.

2) Claim No. 6 shall remain unchanged:
   a. The Total Claim is $273,961.45.
   b. The Amount of arrearage is $20,680.36.
   c. As of 10/5/2018, $924.30 remained to be paid.

**CSD 1001C**

Signed by Judge Margaret M. Mann January 8, 2019